## THOMPSON *v.* PERRINE.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE
SOUTHERN DISTRICT OF NEW YORK.

No. 75. Argued January 10 and 11, 1883. — Decided January 22, 1883.

*Thompson* v. *Perrine*, 106 U. S. 589, followed.

MR. JUSTICE HARLAN delivered the opinion of the court.

This case is controlled by the decision just made in case No. 76 between the same parties. *The judgment is affirmed.*

*Mr. F. N. Bangs* and *Mr. Timothy F. Brush* for plaintiff in error.

*Mr. William M. Evarts, Mr. James K. Hill* and *Mr. H. T. Wing* for defendant in error.

---

## KAHN *v.* HAMILTON.

ERROR TO THE SUPREME COURT OF THE TERRITORY OF UTAH.

No. 149. Submitted November 1, 1882. — Decided November 13, 1882.

*Hecht* v. *Boughton*, 105 U. S. 235, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This writ of error is dismissed upon the authority of *Hecht* v. *Boughton*, 105 U. S. 235. The case is in all respects like that of *Woolf* v. *Hamilton*, just decided. *Dismissed.*

*Mr. J. R. McBride* for plaintiffs in error.

*Mr. S. A. Merritt* for defendants in error.

---

## BADGER *v.* RANLETT.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE
EASTERN DISTRICT OF LOUISIANA.

No. 587. Submitted November 27, 1882. — Decided December 11, 1882.

*Badger* v. *Ranlett*, 106 U. S. 255, followed.

MR. JUSTICE BLATCHFORD delivered the opinion of the court.

The questions presented in this case are the same as those in the other suit between the same parties, decided herewith, and for the reasons assigned in the opinion in that case the judgment in this case is *Affirmed.*

*Mr. Attorney General* and *Mr. Solicitor General Phillips* for the plaintiff in error.

*Mr. W. W. Howe* and *Mr. J. H. Kennard* for the defendants in error.